UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JYOTINDRA PATEL, Individually and on Behalf of All Others Similarly Situated, | : : : | CIVIL ACTION NO.: 3:16 CV 00182 (VLB) |
| Plaintiff, | : : | |
| v. | : : | |
| CIGNA CORP., DAVID M. CORDANI, THOMAS A. MCCARTHY, HERBERT A. FRITCH, and RICHARD APPEL, | : : : : | |
| Defendants. | : | JANUARY 20, 2017 |

**JOINT MOTION FOR LEAVE TO FILE OVERSIZED MEMORANDA OF LAW
IN SUPPORT OF AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
THE SECOND AMENDED CLASS ACTION COMPLAINT**

Pursuant to Rule 7(a) of the Local Civil Rules of the United States District Court for the District of Connecticut and Your Honor's Chambers Practices, Defendants Cigna Corp., David M. Cordani, Thomas A. McCarthy, Herbert A. Fritch, and Richard Appel (collectively, "Defendants") and Lead Plaintiff Minohor Singh, on behalf of the proposed class, respectfully request an order granting permission to file: (i) an oversized Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint (the "Motion to Dismiss"); and (ii) an oversized Memorandum of Law in Opposition to Defendants' Motion to Dismiss. The parties each seek permission for an additional <u>five pages</u> beyond the 46-page limit provided in Your Honor's Chambers Practices.

Defendants submit that the additional pages are necessary to adequately address the allegations and causes of action asserted in the Second Amended Complaint, which is 81 pages long and includes 222 paragraphs.  Lead Plaintiff submits that the additional pages are necessary to respond to Defendants' anticipated arguments in their Motion to Dismiss.

This joint motion for permission to file oversized memoranda of law has been filed more than seven (7) days before the deadline for filing the memorandum at issue, as required by Local Rule 7(a)5.

WHEREFORE, the parties respectfully request that the Court grant their motion and enter an order permitting the parties respectively to file oversized Memoranda of Law of no more than 51 pages.

RESPECTFULLY SUBMITTED,

| LEAD PLAINTIFF MINOHOR SINGH | DEFENDANTS CIGNA CORP., DAVID M. CORDANI, THOMAS A. McCARTHY, HERBERT A. FRITCH, AND RICHARD APPEL |
|---|---|
| By:  /s/  David C. Shuffrin<br>David C. Shuffrin<br>(Federal Bar No.: ct 29230)<br>dshuffrin@hssklaw.com<br>David A. Slossberg<br>(Federal Bar No.: ct 13116)<br>dslossberg@hssklaw.com<br>HURWITZ SAGARIN<br>  SLOSSBERG & KNUFF, LLC<br>147 North Broad Street<br>Milford, Connecticut 06460<br>Tel.: (203) 877-8000<br>Fax: (203) 878-9800<br><br>*Liaison Counsel*<br><br>- and - | By:   /s/  Thomas J. Finn<br>Thomas J. Finn<br>(Federal Bar No.: ct 20929)<br>tfinn@mccarter.com<br>Paula Cruz Cedillo<br>(Federal Bar No.: ct 23485)<br>pcedillo@mccarter.com<br>McCARTER & ENGLISH LLP<br>CityPlace I, 36th Floor<br>185 Asylum Street<br>Hartford, Connecticut 06103<br>Tel.: (860) 275-6700<br>Fax: (860) 724-3397<br><br>- and - |

| | |
|---|---|
| **James W. Johnson (*pro hac vice*)**<br>jjohnson@labaton.com<br>**Michael H. Rogers (*pro hac vice*)**<br>mrogers@labaton.com<br>**Matthew J. Hrutkay (*pro hac vice*)**<br>mhrutkay@labaton.com<br>**James T. Christie (*pro hac vice*)**<br>**LABATON SUCHAROW LLP**<br>**140 Broadway**<br>**New York, New York 10005**<br>**Tel.: (212) 907-0700**<br>**Fax: (212) 818-0477**<br><br>*Counsel for Lead Plaintiff and for the Proposed Class* | **Andrew W. Stern (*pro hac vice*)**<br>astern@sidley.com<br>**Dorothy J. Spenner (*pro hac vice*)**<br>dspenner@sidley.com<br>**James O. Heyworth (*pro hac vice*)**<br>jheyworth@sidley.com<br>**SIDLEY AUSTIN LLP**<br>**787 Seventh Avenue**<br>**New York, New York 10019**<br>**Tel.: (212) 839-5300**<br>**Fax: (212) 839-5599**<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

**I hereby certify that on this 20th day of January 2017, a copy of the foregoing Joint Motion for Leave to File Oversized Memoranda of Law in Support of and Opposition to Defendants' Motion to Dismiss the Second Amended Class Action Complaint was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.**

                                              **/s/ Thomas J. Finn**
                                              **Thomas J. Finn**