UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JYOTINDRA PATEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | : : : : | NO. 3:16-cv-00182-VLB |
| v. | : : | |
| CIGNA CORP., DAVID M. CORDANI, THOMAS A. MCCARTHY, HERBERT A. FRITCH, AND RICHARD APPEL | : : : : | |

## JUDGMENT

This action having come before the Court on a motion to dismiss filed by the defendants before the Honorable Vanessa L. Bryant, United States District Judge. On August 28, 2017, the Court entered an order to comply with the Court's Order #34, reinstating Minohor Sigh as a party in this action and correcting the case caption to name Minohor Singh as named, lead plaintiff; and,

The Court having considered the full record of the case including applicable principles of law, and having issued a memorandum of decision granting defendants' motion; it is hereby

ORDERED, ADJUDGED and DECREED that this case is dismissed with prejudice.

Dated at Hartford, Connecticut, this 2nd day of October, 2017.

ROBIN D. TABORA, Clerk

By      /S/ Jeremy J. Shafer
         Jeremy Shafer
         Deputy Clerk

EOD: 10/02/2017