UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MINOHOR SINGH, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> CIGNA CORP., DAVID M. CORDANI, THOMAS A. MCCARTHY, HERBERT A. FRITCH, and RICHARD APPEL, <br><br> *Defendants*. | No. 3:16-CV-00182-VLB <br><br> CLASS ACTION <br><br> October 27, 2017 |

## NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff in the above-captioned action, Minohor Singh, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from the October 2, 2017 Judgment (ECF No. 80), as well as all prior orders and rulings merged therein, including but not limited to the September 1, 2017 Ruling and Order on Motion for Reconsideration (ECF No. 77) and the September 28, 2017 Memorandum of Decision Granting Defendants' Motion to Dismiss Second Amended Complaint (ECF No. 79).

Dated:  October 27, 2017

Respectfully submitted,

LABATON SUCHAROW LLP

By:  /s/ *James W. Johnson*
James W. Johnson (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Matthew J. Hrutkay (*pro hac vice*)
James T. Christie (*pro hac vice*)

**140 Broadway
New York, New York 10005
(212) 907-0700
(212) 818-0477 (facsimile)
jjohnson@labaton.com
mrogers@labaton.com
mhrutkay@labaton.com
jchristie@labaton.com**

*Counsel for the Lead Plaintiff and Lead Counsel for the Proposed Class*

**David A. Slossberg (CT Bar No. 13116)
David C. Shufrin (CT Bar No. 29230)
HURWITZ SAGARIN SLOSSBERG
& KNUFF, LLC
147 North Broad Street
Milford, Connecticut 06460
(203) 877-8000
(203) 878-9800 (facsimile)
dslossberg@hssklaw.com
dshufrin@hssklaw.com**

*Liaison Counsel for Lead Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

This is to certify that on October 27, 2017, a copy of the foregoing was filed electronically with this Court.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

/s/ James W. Johnson